

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 18  P 4: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINA MARY SPAIN** | **CIVIL ACTION** |
| | **NO. 00-0393** |
| **VERSUS** | |
| | **SECTION "S"** |
| **LASON SYSTEMS, INC.** | **JUDGE LEMMON** |
| | |
| | **MAG. DIV. (4)** |
| | **MAGISTRATE JUDGE ROBY** |

**FILED:** _____    _____
                                                                **DEPUTY CLERK**

### DEFENDANT'S UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, Lason Systems, Inc., who, appearing solely for the purpose of this motion, reserving all rights and defenses, and without waiver thereof, respectfully moves this Honorable Court for an extension of time of twenty (20) days, or until and through March 14, 2000, for the purpose of filing responsive pleadings, or otherwise responding to plaintiff's Petition for Damages and Contractual Amount Due (filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana [No. 545-596], and

NO:99063206 1

DATE OF ENTRY  FEB 23 2000



removed to this Court on February 8, 2000) (hereinafter "Complaint") filed herein. Movant certifies that this is its first request for an extension of time for pleading purposes sought from this Court in connection with plaintiff's Complaint, that defendant was served with plaintiff's Complaint on January 24, 2000, that a responsive pleading on behalf of defendant is currently due February 23, 2000, that defendant needs additional time to prepare a responsive pleading.

                              Respectfully submitted,

                              PHELPS DUNBAR, L.L.P.

By: _____
    DAVID M. KORN, T.A. (Bar No. 21676)
    RONALD J. WHITE (Bar No. 21943)
    Thirtieth Floor, Texaco Center
    400 Poydras Street
    New Orleans, Louisiana 70130-3245
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130 or 9007

ATTORNEYS FOR DEFENDANT, LASON SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 18th day of February, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by United States mail, properly addressed and postage pre-paid.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINA MARY SPAIN** | **CIVIL ACTION** |
| | **NO. 00-0393** |
| **VERSUS** | |
| | **SECTION "S"** |
| **LASON SYSTEMS, INC.** | **JUDGE LEMMON** |
| | |
| | **MAG. DIV. (4)** |
| | **MAGISTRATE JUDGE ROBY** |

FILED:_____    _____
                                                                                  **DEPUTY CLERK**

### ORDER

Considering the foregoing Unopposed Motion for Extension of Time Within Which to Respond to Plaintiff's' Complaint filed by defendant, Lason Systems, Inc.,

IT IS HEREBY ORDERED that defendant's Motion be, and the same is hereby GRANTED, and that defendant has until and through March 14, 2000, within which to file responsive pleadings, or otherwise respond to plaintiff's Complaint.

New Orleans, Louisiana, this____day of February, 2000.

UNITED STATES DISTRICT JUDGE

NO.99063206.1