UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 MAR 20 P 2: 47
LORETTA G. WHYTE
CLERK
```

| | |
|---|---|
| REGINA MARY SPAIN | CIVIL ACTION NO.: 00-0393 |
| VERSUS | SECTION "S" |
| LASON SYSTEMS, INC. | MAGISTRATE: 4 |

FILED: _____    _____
                                                         DEPUTY CLERK

### MOTION FOR AND JUDGMENT OF DISMISSAL WITH PREJUDICE

On motion of Regina Mary Spain, the plaintiff in the case, through her undersigned counsel, and suggesting to the court that mover desires to dismiss this suit; that no general appearance has been made by defendant; and, that all costs due the clerk in this case have been paid.

In advance of this filing, opposing counsel has been notified and has no objection to dismissal of the above entitled action with prejudice.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this suit is hereby dismissed, with prejudice, and at the cost of plaintiff.

New Orleans, Louisiana, this _21_ day of _March_, 2000.

_____
JUDGE

DATE OF ENTRY
MAR 2 2 2000

Fee_____
Process_____
X_____ 16
CRmDep_____
Doc.No. 4